Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–12882–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeanette A. Neuert
   16 Canterbury Dr
   Forked River, NJ 08731

Social Security No.:
   xxx–xx–7564

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      8/6/19
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
Fee: $4784.61

EXPENSES
$351.96

Creditors may be heard before the applications are determined.

   An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.


Dated: July 2, 2019
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-12882-MBK
Jeanette A. Neuert                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2            Date Rcvd: Jul 02, 2019
                              Form ID: 137              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
db              +Jeanette A. Neuert,   16 Canterbury Dr,   Forked River, NJ 08731-5641
518158841        American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern  PA 19355-0701
518023388        American InfoSource,   PO Box 71083,   Charlotte, NC 28272-1083
518023389        Americollect-University Medical Center,   PO Box 1566,   Manitowoc, WI 54221-1566
518023390        Amex,   Correspondence/Bankruptcy,   PO Box 981540,   El Paso, TX 79998-1540
518023391        Beckett and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
518173895        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518023393        Chase Card Services,   Correspondence Dept,   PO Box 15298,   Wilmington, DE 19850-5298
518023398        MAK Construction,   11 Highbridge Rd,   Trenton, NJ 08620-9632
518023400        Parker McCay,   9000 Midlantic Dr Ste 300,   Mount Laurel, NJ 08054-1539
518023401        Specialized Loan Servicing/Sls,   Attn: Bankruptcy Dept,   8742 Lucent Blvd Ste 300,
                  Highlands Ranch, CO 80129-2386
518023403        Trenton Roofing and Siding,   c/o Louis Sancinto, Esq.,   1417 S Broad St,
                  Trenton, NJ 08610-6235
518198008       +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2019 01:14:55     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2019 01:14:48     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518023392        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2019 01:10:11     Capital One,
                  Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
518023394        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 01:14:16     Comenitybank/New York,
                  Attn: Bankruptcy Dept,   PO Box 182125,   Columbus, OH 43218-2125
518023395        E-mail/PDF: creditonebknotifications@resurgent.com Jul 03 2019 10:45:45     Credit One Bank,
                  PO Box 98873,   Las Vegas, NV 89193-8873
518037308        E-mail/Text: mrdiscen@discover.com Jul 03 2019 01:13:32     Discover Bank,
                  Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
518023396        E-mail/Text: mrdiscen@discover.com Jul 03 2019 01:13:32     Discover Financial,   PO Box 3025,
                  New Albany, OH 43054-3025
518023397        E-mail/Text: bncnotices@becket-lee.com Jul 03 2019 01:13:43     Kohl's,   PO Box 3115,
                  Milwaukee, WI 53201-3115
518184576        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 01:10:54
                  Portfolio Recovery Associates, LLC,   C/O synchrony Bank,   POB 41067,   Norfolk VA 23541
518183161        E-mail/Text: bnc-quantum@quantum3group.com Jul 03 2019 01:14:31
                  Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
518023402        E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 01:10:05     Syncb/Car Care Mavis T,
                  Attn: Bankruptcy,   PO Box 965060,   Orlando, FL 32896-5060
518026187       +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 01:10:43     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518023399        E-mail/Text: bkr@cardworks.com Jul 03 2019 01:12:33     ollo,   Attn: Bankruptcy,   PO Box 9222,
                  Old Bethpage, NY 11804-9222
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518050707        Chris Neuert
518050708        William Neuert (Deceased)
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 02, 2019
                              Form ID: 137             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Marc C Capone     on behalf of Debtor Jeanette A. Neuert 5325@notices.nextchapterbk.com,
           docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4
```