UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

**Order Filed on August 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jeanette Neuert

Case No.: 19-12882

Chapter: **13**

Judge: **Michael B. Kaplan**

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 7, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc Capone, Esq. _____, the applicant, is allowed a fee of $4,784.61 for services rendered and expenses in the amount of $351.95 for a total of $5,136.56.  The allowance is payable:

☒  $2,636.56  through the Chapter 13 plan as an administrative priority.

☒  $ 2,500.00  outside the plan.

The debtor's monthly plan is modified to require a payment of $N/A  per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*