| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC<br><br>Marc Capone, Esq.<br><br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>Phone #732-528-1166<br>Fax # 732-528-4458 | Order Filed on November 15, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jeanette Neuert | Case No.:     19-12882<br>Chapter:      13<br>Judge:        Michael B. Kaplan |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 15, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $830.00 for services rendered and expenses in the amount of $0 for a total of $830.00.  The allowance is payable:

☒ $830.00 through the Chapter 13 plan as an administrative priority.

☐ $_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $2,260.00 per month for 52 months to allow for payment of the above fee.

*rev.8/1/15*