Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−12882−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeanette A. Neuert
   16 Cutlass Way
   Waretown, NJ 08758

Social Security No.:
   xxx−xx−7564

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/17/19 at 09:00 AM

to consider and act upon the following:

*52* − Certification in Opposition to Certification of Default by Specialized Loan Servicing (related document:48 Creditor's Certification of Default (related document:37 Motion for Relief from Co−Debtor Stay of William R. Neuert filed by Creditor U.S Bank National Association, as Trustee relating to Chevy Chase funding LLC Mortgage backed Certificates Series 2007−1, Motion for Relief from Stay re: 71 Evergreen Road, New Egypt NJ 08533.. Fee Amount $ 181., 44 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S Bank National Association, as Trustee relating to Chevy Chase funding LLC Mortgage backed Certificates Series 2007−1. Objection deadline is 11/22/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor U.S Bank National Association, as Trustee relating to Chevy Chase funding LLC Mortgage backed Certificates Series 2007−1) filed by Marc C Capone on behalf of Jeanette A. Neuert. (Capone, Marc)

Dated: 11/25/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court