| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **ALBERT RUSSO, TRUSTEE** <br> **CN 4853** <br> **TRENTON, NEW JERSEY 08650** <br> **(609) 587-6888** |
| **CHAPTER 13 STANDING TRUSTEE** |
| In Re <br><br> **JEANETTE A. NEWERT** <br><br> **Debtor(s)** |

Order Filed on March 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-12882 MBK

Hearing: 1/22/2020

Honorable Michael B. Kaplan

# ORDER TO DISGORGE ATTORNEY'S FEES

The relief set forth on the following pages, numbered two (2) through two is ORDERED.

**DATED: March 2, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having been brought before the court by Albert Russo, the Chapter 13 Standing Trustee, and the Court having considered the matter; and for good cause, it is

**ORDERED** that Marc C. Capone, Esquire, return the sum of $ 250.00 to the Trustee within fourteen (14) days of this Order, proof of which shall be transmitted to the Court.