**Order Filed on March 2, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** **DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **ALBERT RUSSO, TRUSTEE** **CN 4853** **TRENTON, NEW JERSEY 08650** **(609) 587-6888** |
| **CHAPTER 13 STANDING TRUSTEE** |
| In Re |
| **JEANETTE A. NEWERT** **Debtor(s)** |

Case No.:  19-12882 MBK

Hearing:   1/22/2020

Honorable Michael B. Kaplan

## ORDER TO DISGORGE ATTORNEY'S FEES

The relief set forth on the following pages, numbered two (2) through two is

ORDERED.

**DATED: March 2, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having been brought before the court by Albert Russo, the Chapter 13 Standing Trustee, and the Court having considered the matter; and for good cause, it is

**ORDERED** that Marc C. Capone, Esquire, return the sum of $ 250.00 to the Trustee within fourteen (14) days of this Order, proof of which shall be transmitted to the Court.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                        Case No. 19-12882-MBK
Jeanette A. Neuert                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin           Page 1 of 1           Date Rcvd: Mar 02, 2020
                              Form ID: pdf903       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
```
db             +Jeanette A. Neuert,   16 Cutlass Way,   Waretown, NJ 08758-2105
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                         TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
```
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   U.S Bank National Association, as Trustee relating to
           Chevy Chase funding LLC Mortgage backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marc C Capone    on behalf of Debtor Jeanette A. Neuert mcapone@gbclawgroup.com,
           docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S Bank National Association, as Trustee relating
           to Chevy Chase funding LLC Mortgage backed Certificates Series 2007-1 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 6
```