| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC<br><br>Marc Capone, Esq.<br><br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>Phone #732-528-1166<br>Fax # 732-528-4458 | Order Filed on August 11, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jeanette Neuert | Case No.:  19-12882 MBK<br><br>Chapter:  13<br><br>Judge:  Michael B. Kaplan |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 11, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____2,015.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____2,015.00_____. The allowance is payable:

☒ $___2,015.00___ through the Chapter 13 plan as an administrative priority.

☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2,306.00_____ per month for __43__ months to allow for payment of the above fee.

*rev.8/1/15*

4822-5322-3362, v. 1