UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

**Order Filed on August 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jeanette Neuert

Case No.:   19-12882 MBK

Chapter:    13

Judge:      Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4822-5322-3362, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc Capone _____, the applicant, is allowed a fee of $___2,015.00___ for services rendered and expenses in the amount of $___0___ for a total of $___2,015.00___. The allowance is payable:

☒ $___2,015.00___ through the Chapter 13 plan as an administrative priority.

☒ $___0___ outside the plan.

The debtor's monthly plan is modified to require a payment of $___2,306.00___ per month for ___43___ months to allow for payment of the above fee.

*rev.8/1/15*

2

4822-5322-3362, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Jeanette A. Neuert  
    Debtor

Case No. 19-12882-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 11, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.  
db         +Jeanette A. Neuert,   16 Cutlass Way,   Waretown, NJ 08758-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:  
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    U.S Bank National Association, as Trustee relating to Chevy Chase funding LLC Mortgage backed Certificates Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marc C Capone    on behalf of Debtor Jeanette A. Neuert ecf@gbclawgroup.com, mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com  
        Rebecca Ann Solarz    on behalf of Creditor    U.S Bank National Association, as Trustee relating to Chevy Chase funding LLC Mortgage backed Certificates Series 2007-1 rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                      TOTAL: 6