Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12882−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeanette A. Neuert
   16 Cutlass Way
   Waretown, NJ 08758

Social Security No.:
   xxx−xx−7564

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     2/2/21
Time:     01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
fee: $2040.00,

EXPENSES
expenses: $150.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 13, 2021
JAN:

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jeanette A. Neuert  
    Debtor

Case No. 19-12882-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Jan 13, 2021     Form ID: 137     Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanette A. Neuert, 16 Cutlass Way, Waretown, NJ 08758-2105 |
| 518158841 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518023388 | | American InfoSource, PO Box 71083, Charlotte, NC 28272-1083 |
| 518023389 | | Americollect-University Medical Center, PO Box 1566, Manitowoc, WI 54221-1566 |
| 518023390 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518023391 | | Beckett and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 518173895 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518023398 | | MAK Construction, 11 Highbridge Rd, Trenton, NJ 08620-9632 |
| 518023400 | | Parker McCay, 9000 Midlantic Dr Ste 300, Mount Laurel, NJ 08054-1539 |
| 518023401 | | Specialized Loan Servicing/Sls, Attn: Bankruptcy Dept, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 518023403 | | Trenton Roofing and Siding, c/o Louis Sancinto, Esq., 1417 S Broad St, Trenton, NJ 08610-6235 |
| 518198008 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2021 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2021 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518023392 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 13 2021 22:25:02 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518023394 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2021 22:08:00 | Comenitybank/New York, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 518023395 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 13 2021 22:25:04 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518037308 | | Email/Text: mrdiscen@discover.com | Jan 13 2021 22:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518023396 | | Email/Text: mrdiscen@discover.com | Jan 13 2021 22:08:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 518023393 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 13 2021 22:25:01 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 518023397 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2021 22:08:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518184576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2021 22:27:14 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518183161 | | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2021 22:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518023402 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2021 22:25:59 | Syncb/Car Care Mavis T, Attn: Bankruptcy, PO |

Case 19-12882-MBK    Doc 69    Filed 01/15/21    Entered 01/16/21 00:15:55    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: 137 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 518026187 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2021 22:27:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518023399 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 13 2021 22:25:57 | ollo, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518050707 | | Chris Neuert |
| 518050708 | | William Neuert (Deceased) |
| 518471852 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor U.S Bank National Association as Trustee relating to Chevy Chase funding LLC Mortgage backed Certificates Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marc C Capone
on behalf of Debtor Jeanette A. Neuert ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Rebecca Ann Solarz
on behalf of Creditor U.S Bank National Association as Trustee relating to Chevy Chase funding LLC Mortgage backed Certificates Series 2007-1 rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6