Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12882−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeanette A. Neuert
   16 Cutlass Way
   Waretown, NJ 08758

Social Security No.:
   xxx−xx−7564

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/13/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 13, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jeanette A. Neuert  
    Debtor

Case No. 19-12882-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 13, 2021      Form ID: 148      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanette A. Neuert, 16 Cutlass Way, Waretown, NJ 08758-2105 |
| 518023388 | | American InfoSource, PO Box 71083, Charlotte, NC 28272-1083 |
| 518023389 | | Americollect-University Medical Center, PO Box 1566, Manitowoc, WI 54221-1566 |
| 518023398 | | MAK Construction, 11 Highbridge Rd, Trenton, NJ 08620-9632 |
| 518023400 | | Parker McCay, 9000 Midlantic Dr Ste 300, Mount Laurel, NJ 08054-1539 |
| 518023401 | | Specialized Loan Servicing/Sls, Attn: Bankruptcy Dept, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 518023403 | | Trenton Roofing and Siding, c/o Louis Sancinto, Esq., 1417 S Broad St, Trenton, NJ 08610-6235 |
| 518198008 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2021 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2021 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518158841 | | EDI: BECKLEE.COM | Jan 14 2021 02:13:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518023390 | | EDI: AMEREXPR.COM | Jan 14 2021 02:13:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518023391 | | EDI: BL-BECKET.COM | Jan 14 2021 02:13:00 | Beckett and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 518023392 | | EDI: CAPITALONE.COM | Jan 14 2021 02:13:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518173895 | | EDI: BL-BECKET.COM | Jan 14 2021 02:13:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518023394 | | EDI: WFNNB.COM | Jan 14 2021 02:13:00 | Comenitybank/New York, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 518023395 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 13 2021 22:26:05 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518037308 | | EDI: DISCOVER.COM | Jan 14 2021 02:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518023396 | | EDI: DISCOVER.COM | Jan 14 2021 02:13:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 518023393 | | EDI: JPMORGANCHASE | Jan 14 2021 02:13:00 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 518023397 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2021 22:08:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |

Case 19-12882-MBK    Doc 70    Filed 01/15/21    Entered 01/16/21 00:15:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: 148 | Total Noticed: 26 |

| 518184576 | EDI: PRA.COM | Jan 14 2021 02:13:00 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518183161 | EDI: Q3G.COM | Jan 14 2021 02:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518023402 | EDI: RMSC.COM | Jan 14 2021 02:13:00 | Syncb/Car Care Mavis T, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518026187 | + EDI: RMSC.COM | Jan 14 2021 02:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518023399 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 13 2021 22:27:08 | ollo, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518050707 | | Chris Neuert |
| 518050708 | | William Neuert (Deceased) |
| 518471852 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2021           Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

**Name**          **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor U.S Bank National Association as Trustee relating to Chevy Chase funding LLC Mortgage backed Certificates Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marc C Capone
    on behalf of Debtor Jeanette A. Neuert ecf@gbclawgroup.com
    mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor U.S Bank National Association as Trustee relating to Chevy Chase funding LLC Mortgage backed Certificates Series 2007-1 rsolarz@kmllawgroup.com

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jan 13, 2021 | Form ID: 148 | Total Noticed: 26

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6