| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC<br><br>Marc Capone, Esq.<br><br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>Phone #732-528-1166<br>Fax # 732-528-4458 | **Order Filed on February 2, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Jeanette A. Neuert | Case No.: 19-12882 MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 2, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4832-6533-7046, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____2,040.00_____for services rendered and expenses in the amount of $_____150.00_____for a total of $_____2,190.00_____. The allowance is payable:

☒ $__2,190.00____ through the Chapter 13 plan as an administrative priority.

☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____per month for ___n/a___months to allow for payment of the above fee.

*rev.8/1/15*

4832-6533-7046, v. 1